# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNETH THOMAS HARRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | **No. LA CV 19-03204-VBF-MRW**<br><br>**JUDGMENT** |

　　　　IT IS SO ADJUDGED that this action is dismissed without prejudice.

Dated:  July 12, 2019

_Valerie Baker Fairbank_

Honorable Valerie Baker Fairbank
Senior United States District Judge